UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO EMMANUEL GARCIA GARCIA,<br><br>                Plaintiff,<br><br>     v.<br><br>SERGIO ALBARRAN, et al.,<br><br>                Defendants. | Case No.  26-cv-07093-VC<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 7 |

The motion for a preliminary injunction is granted. This order assumes that the reader is familiar with the facts, the applicable laws, regulations, and legal standards, and the arguments made by the parties.

For the same reasons given in the order granting a TRO, the Court finds that Garcia Garcia has made a sufficient showing of the factors required for a preliminary injunction, including a likelihood of success on the merits of his procedural due process claim. Dkt. No. 2, at 4–6. The government is therefore enjoined and restrained from re-detaining him while this litigation is pending, unless the government gives him a pre-deprivation hearing before a neutral decisionmaker or can demonstrate in a motion to vacate the preliminary injunction that the circumstances have changed such that a pre-deprivation hearing is no longer required.

**IT IS SO ORDERED.**

Dated: July 24, 2026

_____
VINCE CHHABRIA
United States District Judge